**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SIMEON ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv00100** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| **1.** | **September 16, 2022** | **DISCOVERY DEADLINE** |
| **2.** | **October 12, 2022** | **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **3.** | **November 2, 2022** | **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **4.** | **November 23, 2022** | **DEFENDANT TO FILE RESPONSE TO THE CROSS MOTION AND FILE REPLY IN SUPPORT OF ITS MOTION** |
| **5.** | **December 14, 2022** | **PLAINTIFF TO FILE REPLY IN SUPPORT OF HIS MOTION** |

Signed on ____________, 2022, at Houston, Texas.

______________________________
Lee H. Rosenthal
United States District Judge

March 11, 2021
Date

/s/ Britney Anne Heath McDonald
Britney Anne Heath McDonald
Counsel for Plaintiff

March 11, 2021
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant