**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Simeon Allen

v. Case Number: 4:22−cv−00100

The Lincoln National Life Insurance Company

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/30/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: March 23, 2022

Nathan Ochsner, Clerk