United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SIMEON ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv00100** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| **1.** | **April 29, 2022** | **DISCOVERY DEADLINE**<br><br>Defendants to produce administrative record. |
| **2.** | **June 3, 2022** | **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **3.** | **July 1, 2022** | **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **4.** | **July 29, 2022** | **DEFENDANT TO FILE RESPONSE TO THE CROSS MOTION AND FILE REPLY IN SUPPORT OF ITS MOTION** |
| **5.** | **August 5, 2022** | **PLAINTIFF TO FILE REPLY IN SUPPORT OF HIS MOTION** |

Signed on **April 4, 2022**, at Houston, Texas.

Lee H. Rosenthal

Lee H. Rosenthal
United States District Judge