**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SIMEON ALLEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00100 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO EXTEND DEADLINES SET IN SCHEDULING ORDER**

COMES NOW Plaintiff, Simeon Allen ("Allen"), and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their attorneys of record, and file this motion to extend the deadlines set in the Court's Scheduling Order (Dkt. 15).

1. The Court has entered an ERISA Case Management and Scheduling Order (Doc 15) in this case, which requires the following:

   a. Defendant to file its motion for summary judgment on or by June 3, 2022

   b. Plaintiff to file his response to Defendant's motion for summary judgment and file his cross motion for summary judgment on or by July 1, 2022.

   c. Defendant to file its response to Plaintiff's cross-motion for summary judgment and file its reply to Plaintiff's Response on or by July 29, 2022.

   d. Plaintiff to file his Reply to Defendant's Response on or by August 5, 2022.

2. The Parties have experienced unforeseen delays in their discussions on this cause of action. The Parties are presently discussing the possibly of settlement and require more time to see if a resolution can be reached. Accordingly, an extension of the deadlines would permit

the Parties time to save further resources prior to filing their cross-motions if a resolution is reached.

3. The Parties request that the Court extend the deadline by 14 days as follows:

a. Defendant to file its motion for summary judgment on or by June 17, 2022

b. Plaintiff to file his response to Defendant's motion for summary judgment and file his cross motion for summary judgment on or by July 15, 2022.

c. Defendant to file its response to Plaintiff's cross-motion for summary judgment and file its reply to Plaintiff's Response on or by August 12, 2022.

d. Plaintiff to file his Reply to Defendant's Response on or by August 19, 2022.

4. This Joint Motion is not filed for purpose of delay, but only so that justice may be done. No previous extensions of this deadline have been requested or granted.

WHEREFORE, the Parties request that the Court enter an order to extend the existing deadlines out 14 days to file their cross motions for summary judgment.

Dated this 31st day of May 2022.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ *Britney McDonald*
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (855) 842-2860
Email: britney@marcwhitehead.com

ATTORNEY IN CHARGE FOR PLAINTIFF

**AND**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was forwarded via electronic mail, as follows:

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

May 31, 2022 — /s/ Britney McDonald
Date — Britney Anne Heath McDonald