United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SIMEON ALLEN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv00100** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

On this day, the Court considered the Parties' Joint Motion to Extend Deadlines Set in Scheduling Order. Having considered the Motion, the Court is of the opinion that the Joint Motion should be **GRANTED** and the deadlines for the Parties to file their cross motions for summary judgment are extended by 14 days as follows:

a. Defendant to file its motion for summary judgment on or by June 17, 2022

b. Plaintiff to file his response to Defendant's motion for summary judgment and file his cross motion for summary judgment on or by July 15, 2022.

c. Defendant to file its response to Plaintiff's cross-motion for summary judgment and file its reply to Plaintiff's Response on or by August 12, 2022.

d. Plaintiff to file his Reply to Defendant's Response on or by August 19, 2022.

**SIGNED** this 1st day of June, 2022.

Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE